Diane E. Finkelstein, Shupe and Finkelstein, San Mateo, Cal., for defendants-appellees.

Before CHAMBERS and WIGGINS, Circuit Judges, and BREWSTER,[*] District Judge.

---

McSOMEBODIES, et al., (No. 2), Plaintiffs–Appellants,

v.

SAN MATEO CITY SCHOOL DISTRICT, et al., Defendants–Appellees.

No. 89–15270.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Aug. 17, 1989.

Decided Oct. 3, 1989.

---

CHAMBERS, Circuit Judge:

This is a companion case to our *McSomebodies, et al., (No. 1) v. Burlingame Elementary School District*, 886 F.2d 1558 (9th Cir.1989). Here we have a different pair of parents and a different child. Again we change the name in the caption to keep the child's name out of the buckram.

Again, the second case involves a handicapped child enrolled in the San Mateo City School District. After an administrative hearing pursuant to the *Handicapped Children's Protection Act of 1986*, 20 U.S.C. § 1415(e)(4)(B), the parents pre-

---

[*] The Honorable Rudi M. Brewster, United States District Judge for the Southern District of California, sitting by designation.

**1560**

vailed on the issue of placement, but the School District denied attorney's fees.

Eventually, the parents sued in the U.S. District Court, and judgment went against them. This appeal followed.

At the time of the district court decisions in the *Burlingame* and *San Mateo City* cases, there was much to be said for the court's rulings, but subsequent cases have overtaken us. The overwhelming majority of cases now support fees from bottom to top. We decline to follow any of the minority.

REVERSED for proceedings consistent with our decision in *McSomebodies (No. 1)* and the above *McSomebodies (No. 2).*